### (December 7, 1965)

◼ In the Matter of the Claim of EDELMIRO LEON, Respondent, v. PORTA-ALUMINUM, INC., Appellant, and MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for an appointment of an attorney and counselor at law to represent claimant-respondent on an appeal from a decision of the Appeal Board granted; and Donald L. Slater, Esq., of Cortland, assigned for that purpose (Labor Law, § 538). Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

◼ In the Matter of the Claim of HARRY A. WILLIAMS, Respondent, v. CHARLES M. BOWERS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Respondent Workmen's Compensation Board having handed down a decision adhering to its decision dated April 29, 1965, the motion to dismiss the appeal from the earlier decision is denied, without costs. The subsequent decision may be reviewed upon this appeal. (*Matter of Piekut* v. *Philip Fleischer, Inc.,* 276 App. Div. 702.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

◼ In the Matter of ERNEST KISFALUDY, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Proceeding remitted to Special Term for hearing and determination (*Matter of Haynal* v. *Board of Regents,* 19 A D 2d 204), and interim stay granted October 9, 1965, vacated, without costs. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.